IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MATT KILLOUGH,<br><br>                 Plaintiff,<br><br>v.<br><br>BRUCE O. BURNHAM et al.,<br><br>                 Defendants. | **MEMORANDUM DECISION &<br>DISMISSAL ORDER**<br><br>Case No. 2:18-CV-263-DB<br><br>District Judge Dee Benson |

      Plaintiff, Matt Killough, filed this *pro se* civil rights suit.[1] Reviewing the complaint under 28 U.S.C.S. § 1915A (2018), the Court determines that it appears identical to the one Plaintiff filed in Case No. 2:18-CV-250 CW. The Court therefore dismisses this case and invites Plaintiff to simply proceed with Case No. 2:18-CV-250 CW.

      **IT IS HEREBY ORDERED** that the Complaint is **DISMISSED**. This action is **CLOSED**.

      DATED this 26th day of July, 2018.

                                                            BY THE COURT:

                                                           DEE BENSON
                                                           United States District Judge

---

[1] *See* 42 U.S.C.S. § 1983 (2018).